# AFFIDAVIT OF POSTING

| Case: 24-cv-07995 | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION | County: | Job: 11727566 |
|---|---|---|---|
| Plaintiff / Petitioner: Michelle Chafer | | Defendant / Respondent: Chen Xu | |
| Received by: Judiciary Process Servers | | For: HR Law Counsel | |
| To be served upon: Chen Xu | | | |

I, Brandon Smith, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Chen Xu, 138 South Broad St, Griffith, IN 46319
**Manner of Service:** Posted, Sep 5, 2024, 2:03 pm EDT
**Documents:** Complaint; Summons in a Civil Case; Civil Cover Sheet, SUMMONS IN A CIVIL CASE , CIVIL COVER SHEET

**Additional Comments:**
1) Unsuccessful Attempt: Sep 3, 2024, 5:06 pm EDT at 138 South Broad St, Griffith, IN 46319
Attempted service, address is for Cajun Express. Business is closed, door secured/locked.
GPS Coordinates: 41.52134, -87.42788

2) Unsuccessful Attempt: Sep 4, 2024, 2:12 pm EDT at 138 South Broad St, Griffith, IN 46319
Attempted service, address is for Cajun Express. Spoke with a female employee who stated that the recipient was not in. Could not provide a date of return.
GPS Coordinates: 41.52133, -87.42786

3) Unsuccessful Attempt: Sep 5, 2024, 2:01 pm EDT at 138 South Broad St, Griffith, IN 46319
Attempted service, address is Cajun Express. Spoke with a female employee (different from yesterday) who stated that the recipient was not in at work today. Could not provide a date of expected return. I asked if there was a manager available and she stated that she was the Manager.
GPS Coordinates: 41.52132, -87.42789

4) Successful Posting: Sep 5, 2024, 2:03 pm EDT at 138 South Broad St, Griffith, IN 46319.
Posted all documents at the address per client instructions.
GPS Coordinates: 41.52132, -87.42789

_____  September 6, 2024
Brandon Smith            Date

Judiciary Process Servers
8482 Fort Smallwood Road, B-110
Pasadena, MD 21122

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
September 6, 2024   July 18, 2027
Date              Commission Expires