UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michelle Chafer and Kristen Chafer, Plaintiffs, v. CXPM, Inc., d/b/a King Crab, and Chen Xu a/k/a Sky Chen a/k/a Chenxu Chen. Defendants | Civil Action No.: 24-cv-7995 **Honorable Jeremy C. Daniel** |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT
JUDGMENT AND ORDER SETTING PROVE-UP HEARING**

Plaintiffs Michelle and Kristin Chafer ("Plaintiffs"), by and through their attorneys, respectfully move pursuant to Fed.R.Civ.P. 55(b)(2) for entry of a default judgment and order setting a prove-up hearing, in the form attached or otherwise, against Defendants CXPM, Inc., d/b/a King Crab, and Chen Xu, a/k/a Sky Chen a/k/a Chenxu Chen. ("Defendants"). In support, Plaintiffs respectfully states as follows:

1. This is an employment action seeking relief for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"); the Illinois Wage Payment and Collection Act, § 820 ILCS 115/1, *et seq.* ("IWPCA"); and common law fraud.

2. As set forth in the complaint, the Court has jurisdiction over Counts I, II, and III pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1331.

3. As is also set forth in the complaint, venue if proper in this district under 28 U.S.C. § 1391 because the Defendants resided in this district and because all or a

1

substantial part in the events giving rise to the claims occurred within this district.

4. As set forth in the complaint, Plaintiffs were "employees" within the meaning of each of the applicable statutes, the Company is a "employer" within the meaning of each of those statutes, and Defendants are "employers" within the meaning of the FLSA and IWPCA.

5. As set forth in the complaint, Plaintiffs were employed by the Company.

6. The Defendants frequently required Plaintiffs to work without paying them due wages in violation of FLSA and IWPCA.

7. As set forth in the complaint, the Defendants failed to properly pay wages to Plaintiffs, thereby violating FLSA and IWPCA.

8. As set forth in the Return of Service forms filed with the Court on December 2, 2024, the summonses and complaints were served on each of the defendants on September 5, 2024, making their answers or responsive pleadings due September 26, 2024. [Dkt. 2].

9. Defendants failed to appear, answer, or otherwise respond to the Complaint.

10. Plaintiffs seek an order finding the Defendants to be in default and setting a prove-up hearing at which time they will be prepared to present evidence as to the damages they has incurred because of the Defendants' unlawful actions as alleged in the Complaint.

Date: November 5, 2024

Respectfully Submitted,

/s/ John M. Liston
One of the Attorneys for Plaintiffs
HR Law Counsel
29 South Webster St., Suite 350-C
Naperville, IL 60540
john@hrlawcounsel.com
847-528-5024
